# Support keeping the Phoenix Coyotes in Arizona





09-09491

RECEIVED
2009 AUG -3 PM 12: 32
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

July 3, 2009

Honorable Judge Redfield T. Baum
230 N. First Ave, Suite 703
Phoenix, AZ 85003

RE: Reinsdorf offer to purchase Coyotes Hockey LLC

Dear Judge Baum,

Throughout this bankruptcy case, you have heard from the Creditors, the Debtors, the current Owner, the Stalking Horse Bidder and the National Hockey League. There is one group you have not heard from directly, though you have mentioned us several times during the court proceedings: the fans in Phoenix. We too are investors in this team; we invest not only our money on tickets but our time, our energy, our heart and our soul. Under the guidance of General Manager Don Maloney, the team has started the effort of rebuilding. We believe that our team is on the verge of something great. To lose them now after all we've endured and have to watch them succeed in front of a new fan base would simply be devastating.

Your Honor mentioned in court that we the fans will have to show our support of the team by purchasing tickets – or by INVESTING in the team; should the outcome be in our favor. Through the joint efforts of the Save the Coyotes Coalition and the Phoenix Coyotes Booster Club, plans are being made for ways in which we can do just that once the sale is completed, at the grassroots level. There are approximately 2000 members between the two groups from all around the Valley, already working as active ambassadors for the sport and the organization. We believe that through these efforts, and with the dedication and support of the Phoenix Coyotes organization under new ownership, the Coyotes can not only survive but thrive here in the Valley. If you visit SaveTheCoyotes.com, you can read stories about how some of the Coalition members became fans of the sport. Some were already hockey fans who moved here from other cities, some were only introduced to the sport by attending their first Coyotes game. But we all have one very important thing in common; our love for the Phoenix Coyotes.

Your Honor, we believe that Mr. Reinsdorf is an established and successful sports mogul who would be able to use his vast knowledge and experience to capitalize on what the Coyotes organization has already begun, and find ways to expand and fix where needed. We feel that the offer made by the group headed up by Mr. Reinsdorf is fair and worthy of your consideration. We the fans are confident in Your Honor's abilities to make a decision that will satisfy the creditors while allowing the team to stay. We stand ready to increase our efforts and do our part to make the franchise viable. We feel that with the support of the team and the backing of the fans, we can accomplish that goal.

Once the Reinsdorf group takes control, we will continue to INVEST in this team, buying tickets and

merchandise, attending events and making donations, showing our support in every way possible. This will not only help the team to be successful, but it will also assist the City of Glendale and the businesses at Westgate City Center.

If the team moves away from Glendale/Phoenix, we will no longer be able to invest in its future, so we urge you to approve the sale to keep the team here. We know that the community will support the team, especially if they begin winning on the ice.

We thank you for the time you have put into this case, and the fair and balanced manner you have used to evaluate the evidence and testimony.

Sincerely,

The Investors

# SIGNATURES:

**1.** Heather Schroeder (7/3/09) - *I support this petition.*

**2.** Gwen McMichael (7/3/09) - *I support this petition.*

**3.** Ering O'Bragless (7/3/09) - *I support this petition.*

**4.** Amy Jo Green (7/3/09) - *I support this petition. We need to keep the Coyotes not only for the fans, but for the businesses in Westgate and also for the future money they will bring in for the taxpayers of Glendale.*

**5.** Paula Pfister (7/3/09) - *I support this petition. I\'m a season ticket holder.*

**6.** Josh Taylor (7/3/09) - *I support this petition.*

**7.** Bill Joseph (7/3/09) - *I support this petition.*

**8.** Lori Kohlhase (7/3/09) - *I support this petition.*

**9.** Laney K (7/3/09) - *I support this petition.*

**10.** Ali Conca (7/3/09) - *I support this petition.*

**11.** Monique Reaux (7/3/09) - *I support this petition.*

**12.** Heather McWhorter (7/3/09) - *As president of the Save The Coyotes Coalition, I support and endorse this petition.*

**13.** Yara Solorzano (7/3/09) - *I support this petition.*

**14.** Lee Zhou (7/3/09) - *I support this petition.*

**15.** Peter Nisida (7/3/09) - *I support this petition.*

**16.** Manos 1224092775 (7/3/09) - *I support this petition.*

**17.** Daniel Pardis (7/3/09) - *I support this petition.*

**18.** Jenna Volden (7/3/09) - *I support this petition.*

**19.** Greg Dunaway (7/3/09) - *Save the Coyotes.*

**20.** anthony leofanti (7/3/09) - *I support this petition.*

**21.** Aaron Engelbeck (7/3/09) - *I support this petition.*

**22.** Trevor M (7/3/09) - *I support this petition.*

**23.** Trevor Teefey (7/3/09) - *I support this petition.*

**24.** dale townsend (7/3/09) - *Keep the dogs in PHX. There is support for this team, and you will see that this year. It\'s just been tough with the team rebuilding, while relocating, during a tough economic period. The fanbase is there and growing every year.*

**25.** valia geredaki Last Name (7/3/09) - *I support this petition.*

**26.** Steven Wodecki (7/3/09) - *I support this petition.*

**27.** Blake Sevin (7/3/09) - *I support this petition. Phoenix is a great city, and hockey can work here. A different marketing plan might help, but I do believe it can work here. Look at the other NHL teams in \"non traditional\" hockey markets. It can work here, please don\'t take this great team, and great sport away from Arizona.*

**28.** Shaun Guhy (7/3/09) - *I support this petition.*

**29.** Horst Peter (7/3/09) - *I support this petition.*

**30.** Richard Doute (7/3/09) - *I support this petition.*

**31.** gavin carruthers (7/3/09) - *I support this petition. The Coyotes mean more to me than words can describe. Please keep the team in Arizona!*

**32.** Mike Anderson (7/3/09) - *I support this petition.*

**33.** Nicholas L 1234917152 (7/3/09) - *I support this petition.*

**34.** W McCollum (7/3/09) - *I support this petition.*

**35.** Eric Raphael (7/3/09) - *I support this petition. Please rule in favor of Mr. Reinsdorf\'s offer to buy the Coyotes and keep them here in Glendale, AZ. They are a very important part of our community.*

**36.** Kiran K (7/3/09) - *I support this petition.*

**37.** Marty (7/3/09) - *I support this petition.*

**38.** Deryl Kloster (7/3/09) - *I support this petition. While I am a Canadian I do enjoy NHL hockey and love the Coyotes.....We live in the Valley of the sun for the winter months and am a season ticket holder.*

**39.** phill (7/3/09) - *I support this petition.*

**40.** Mark Dunsmore (7/3/09) - *I support this petition.*

**41.** Chris Hoeler (7/3/09) - *I support this petition. I live in Connecticut and I fully support the team staying in Phoenix. LETS GO COYOTES!!!*

**42.** FERRET (7/3/09) - *I support this petition.*

**43.** d (7/3/09) - *I support this petition.*

**44.** Bob Thorton (7/3/09) - *I support this petition.*

**45.** Will Hoskin (7/3/09) - *I support this petition.*

**46.** Lianna Ross (7/3/09) - *I support this petition.*

**47.** G Wright (7/3/09) - *I support this petition.*

**48.** Jebus (7/3/09) - *I support this petition.*

**49.** Elaine Harrington458 (7/3/09) - *I support this petition.*

**50.** Rosicella Joplin (7/3/09) - *I support this petition.*

**51.** J (7/3/09) - *I support this petition.*

**52.** Ryan Fahey (7/3/09) - *I support this petition wholeheartedly!*

**53.** Matt Kloster (7/3/09) - *I support this petition.*

**54.** Rick Pendrick (7/3/09) - *I support this petition.*

**55.** sibbie (7/3/09) - *I support this petition.*

**56.** Dennis Alfonso (7/3/09) - *this is where our Coyotes belong,..we as fans \"NOW\" must pratice what we preach,.....the ball is in our court if we want them to stay,.....Coyotes that same ball will be your responsibility by simply winning !!!..winneres stay put !!!*

**57.** Tom Wilson (7/3/09) - *I support this petition.*

**58.** Pauline (7/3/09) - *I support this petition.*

**59.** John Musil (7/3/09) - *I support this petition. It would be a shame to lose the NHL franchise in Phoenix.*

**60.** Charles Woodall-Pike (7/3/09) - *I support this petition. We love the Coyotes here and want them to stay.*

**61.** Chris Ten (7/3/09) - *I support this petition.*

**62.** Joeson Low (7/3/09) - *Phoenix Coyotes Forever!*

**63.** Greg Ahlberg (7/3/09) - *I support this petition.*

**64.** buffy summers (7/3/09) - *I support this petition.*

**65.** Suzanne Rothe (7/3/09) - *I support this petition.*

**66.** Bob DaBuilder 1229497684 (7/3/09) - *I support this petition.*

**67.** Gordon Hancock (7/3/09) - *I support this petition.*

**68.** Mark Harrison (7/3/09) - *I support this petition.*

**69.** Jonathan Paolino (7/3/09) - *I support this petition.*

**70.** Kyle Klein (7/3/09) - *I support this petition.*

**71.** Ryan Cusveller (7/3/09) - *I support this petition.*

**72.** Michael Gurney (7/3/09) - *I support this petition.*

**73.** James Humanik (7/3/09) - *I support this petition.*

**74.** Dawn Hesselbrock (7/3/09) - *I support this petition.*

**75.** Chris Colhard (7/3/09) - *I support this petition.*

**76.** Gregory Sturtz (7/3/09) - *I support this petition. Keep the Coyotes here in Arizona, please!*

**77.** Manuel Gallegos (7/3/09) - *I support this petition, and hope to keep the Coyotes in Arizona so my 3 month old twins can grow into the family oriented sporting event that is hockey.*

**78.** Anthony Scalise (7/3/09) - *I support this petition.*

**79.** elizabeth oconnor (7/3/09) - *I support this petition.*

**80.** Mitchell Mullens (7/3/09) - *I support this petition.*

**81.** Cathy Cody (7/3/09) - *I support this petition.*

**82.** Kevin Bucich (7/3/09) - *I support this petition.*

**83.** Andrew Withem (7/3/09) - *I support this petition.*

**84.** Matt Flessner (7/3/09) - *I support this petition.*

**85.** josh paul (7/3/09) - *I support this petition. We fully support our team, we have been to hundreds of games here in Arizona to see the Coyotes play, win or lose we love our Coyotes. My house is full of Coyotes things from give aways to signs to cards , my daughter came home from the hospital when she was born in a Coyotes outfit. We are more than fans we love our team, all the good things they do for our community and the kids in Arizona. Great bunch of guys very gracious and warm to all \"FANS\" never have been turned down for an autograph or picture. Even outside of the arena if you happen to run into a player they are happy to see the support and respect the \"FANS\" show. My truck has a giant Coyotes LOGO on it and I have recently tattooed the COYOTES logo on my forearm to show my PASSION AND SUPPORT for our PHOENIX COYOTES. We really want them to stay, right here in AZ where they belong!!!*

**86.** Justin Stewart-Maynard (7/4/09) - *I support this petition.*

**87.** andriana henson (7/4/09) - *I support this petition.*

**88.** CRAIG WEBER (7/4/09) - *I support this petition.*

**89.** Bill Bleich (7/4/09) - *I support this petition.*

**90.** Jenni Bradley (7/4/09) - *I support this petition.*

**91.** william exley (7/4/09) - *I support this petition.*

**92.** Katelyn G (7/4/09) - *I support this petition. I love my Coyotes and want them to stay! They deserve another chance with better ownership. We can do this! Go Coyotes!*

**93.** Tim Crum (7/4/09) - *I support this petition.*

**94.** Thomas Stokes (7/4/09) - *I support this petition. Go Preds! Go Yotes!*

**95.** Ryan Travis (7/4/09) - *I support this petition.*

**96.** Jennifer Murren (7/4/09) - *I support this petition.*

**97.** John Youwer (7/4/09) - *I support this petition.*

**98.** Ian Salsman (7/4/09) - *I support this petition.*

**99.** Matthew Furtkamp (7/4/09) - *I support this petition.*

**100.** Mike Fleming (7/4/09) - *Do not reward dishonesty and deceit. Do not let Jerry Moyes and Jim Balsillie take this team away from Arizona.*

**101.** James Tibbetts (7/4/09) - *I support this petition.*

**102.** matt winquist (7/4/09) - *I support this petition.*

**103.** David Diamanti (7/4/09) - *I support this petition.*

**104.** Josh Gilmore (7/4/09) - *I support this petition, as a Coyotes fan. Even though Moyes has cut thousands of jobs in the valley over the last year.*

**105.** ralph hamlin jr (7/4/09) - *I support this petition.*

**106.** Caitlin O\'Bannon (7/4/09) - *I support this petition.*

**107.** Garrett Hoxie (7/4/09) - *I support this petition.*

**108.** Glen Robinson (7/4/09) - *I support this petition.*

**109.** Rob DeMartino (7/4/09) - *I support this petition!!!!!!*

**110.** Thomas Norton (7/4/09) - *As a season ticket holder for the last 5 years, I wholeheartedly support this petition.*

**111.** lance bell (7/4/09) - *I support this petition.*

**112.** zachary glass (7/4/09) - *I support this petition.*

**113.** Robert Malefyt (7/4/09) - *I support this petition.*

**114.** Tara Widner (7/4/09) - *I support this Petition. And the Coyotes staying in Phoenix*

**115.** Chris Reapp (7/4/09) - *I support this petition.*

**116.** Luigi Llave (7/4/09) - *I support this petition.*

**117.** john streeter (7/4/09) - *I support this petition.*

**118.** Nick Pappas (7/4/09) - *I support this petition.*

**119.** John Holland717 (7/4/09) - *I support this petition.*

**120.** James Melton (7/4/09) - *I support this petition.*

**121.** Nate Bodine (7/4/09) - *I support this petition.*

**122.** Aaron Friedman (7/4/09) - *I support this petition and the Phoenix Coyotes for the rest of my life.*

**123.** Daniel Miller (7/4/09) - *I support this petition. Ever since my first game at the age of 7... 11 years ago on New Years Day when the \'Yotes shutout the Kings 4-0 I have been a proud hockey fan. Let\'s keep my first true love here in Glendale!*

**124.** Katelyn Johnson (7/4/09) - *I support this petition. Go COYOTES!*

**125.** Chris Sanchez (7/4/09) - *I support this petition.*

**126.** Megan Turner (7/4/09) - *I support this petition!!!!! AZ needs a hockey team!*

**127.** Michael Greenberg (7/4/09) - *I support this petition!!*

**128.** giovanni gauditi (7/4/09) - *I support this petition.*

**129.** Diane Gallaway (7/4/09) - *I support this petition.*

**130.** Ronald Ganning (7/4/09) - *I support this petition.*

**131.** Marc Fredrick (7/4/09) - *I support this petition.*

**132.** Brian Leska (7/4/09) - *I support this petition. Forever a Coyotes Fan*

**133.** sherri johnson997 (7/4/09) - *I definitely support the petition. We love our Coyotes!*

**134.** Karol Becerra (7/4/09) - *I support this petition.*

**135.** Quentin Crosley (7/4/09) - *I support this petition.*

**136.** Robert Concolino (7/4/09) - *I support this petition.*

**137.** James Appenauer (7/4/09) - *I support this petition. The organization deserves the opportunity to succeed where the NHL placed under ownership who knows how to build a winning sports franchise before a spoiled billionaire is allowed to swoop in and whisk it away.*

**138.** Linda Goodwin (7/4/09) - *I support this petition.*

**139.** Vic Lombardi (7/4/09) - *I support this petition.*

**140.** Ashley Hedley (7/4/09) - *I support this petition.*

**141.** Amanda Wright (7/4/09) - *I support this petition.*

**142.** Courtney Sasser (7/4/09) - *I support this petition.*

**143.** tim weid (7/4/09) - *I support this petition.*

**144.** Bill Eikost (7/4/09) - *I support this petition.*

**145.** Dan Hollendoner (7/4/09) - *I support this petition. Bring on Coyotes hockey!!!*

**146.** Joseph Trombley (7/4/09) - *I support this petition.*

**147.** Terry Anderson (7/4/09) - *I support this petition. Having grown up in Minnesota, The State of Hockey, was thrilled when NHL came here to Arizona. Have had shared or personal season tickets since 1996. I will be devastated if the Coyotes leave!!*

**148.** BethAnn Caputo (7/4/09) - *I support this petition.*

**149.** Jacqueline Dabney (7/4/09) - *I support this petition.*

**150.** Leanne Johnson (7/4/09) - *I support this petition.*

**151.** Bradley Foxx (7/4/09) - *I definitely support this idea. The Coyotes have such a fan basis (I know one of the die-hard fans) that it feels wrong to say, \"We want your team in Canada. Here\'s some money!\" From what I\'ve heard, the person trying to buy this team has bought several other teams that were doing bad financially. How greedy do you have to be to want to buy every friggin\' team you come across that\'s not doing well? The Coyotes still wanna play in Arizona, they should have the right to play where they want. The players want it. The fans want it. End of story :)*

**152.** Greg Reed (7/4/09) - *I support this petition.*

**153.** Patrick Murphy (7/4/09) - *I support this petition. In order for youth hockey to continue to thrive in Arizona, we need the PHX Coyotes Here to support us and our dreams!*

**154.** Chris Murphy (7/4/09) - *I support this petition and the Phoenix Coyotes. To show my support I just baught season tickets, please keep them in AZ.*

**155.** Jenn Prusakiewicz (7/4/09) - *I support this petition.*

**156.** Alex McDonald (7/4/09) - *I support this petition.*

**157.** Patrick Dukes (7/4/09) - *Keep the Coyotes in Phoenix, I support this petition*

**158.** Nicole Bernabe (7/4/09) - *I support this petition.*

**159.** Charlotte Bolduc (7/4/09) - *I support this petition.*

**160.** kevin seitz (7/4/09) - *I support this petition.*

**161.** Kristen Thomas (7/4/09) - *I support this petition.*

**162.** Terrance Ethan (7/4/09) - *Keep our Coyotes in town. Please!*

**163.** Oscar Matienzo (7/4/09) - *I support this petition.*

**164.** Cherrie Shaw (7/4/09) - *I support this petition.*

**165.** Audrey Campbell (7/4/09) - *Still remember my 1st hockey game and the date- December 17, 1997 Coyotes vs. Vancouver. They lost the game but gained a hockey fanatic for life.*

**166.** Brian Smith (7/4/09) - *I support this petition.*

**167.** Robin Mason (7/4/09) - *I support this petition.*

**168.** Jonathan Ferrall (7/4/09) - *I support this petition.*

**169.** Karen Sharp (7/4/09) - *I support this petition.*

**170.** Sarah Johnson (7/4/09) - *I support this petition.*

**171.** Sean Chappelear (7/4/09) - *I support this petition.*

**172.** Gerry Kotara (7/4/09) - *I support this petition.*

**173.** Kevin Smith (7/4/09) - *I support this petition. In order for youth hockey to continue to thrive in Arizona, we need the PHX Coyotes here to grow the game, keep kids off the streets and let other people see how great of a game this truly is. Kevin Smith, Horizon High School Class of \'11*

**174.** Ryan Kloster (7/4/09) - *I support this petition.*

**175.** Larry Reaves (7/4/09) - *I support this petition.*

**176.** Stacey McCartney (7/4/09) - *I support this petition.*

**177.** Sean Love (7/4/09) - *I support this petition.*

**178.** Cathy Turley (7/4/09) - *I support this petition.*

**179.** Amy Vyrostek (7/4/09) - *I support this petition.*

**180.** Will Tinsley (7/4/09) - *I support this petition.*

**181.** Judith Sharkey (7/4/09) - *I support this petition.*

**182.** Kristen Bochem (7/4/09) - *I support this petition.*

**183.** John Shapiro (7/4/09) - *I support this petition.*

**184.** Christine Cole (7/4/09) - *I support this petition.*

**185.** Liz Tichenor (7/4/09) - *I support this petition.*

**186.** Jeremy Schwartz (7/4/09) - *I support this petition.*

**187.** Loretta Mondragon (7/4/09) - *I support this petition.*

**188.** Corey Miller (7/4/09) - *I support this petition.*

**189.** George Fallar (7/4/09) - *I wholeheartedly support this petition and the Coyotes organization in Arizona.*

**190.** stephanie steinberg (7/4/09) - *I support this petition.*

**191.** Joe Watkins (7/4/09) - *I support this petition. Keep the coyotes in Phoenix!!*

**192.** Jennifer Anderson (7/4/09) - *I support this petition.*

**193.** Matt Ainsworth (7/4/09) - *hamilton doesn\'t need a team*

**194.** Helen Vasiliow (7/4/09) - *I support this petition.*

**195.** Denise Cole (7/4/09) - *I support this petition.*

**196.** Colleen Strader (7/4/09) - *I support this petition.*

**197.** Tim Barndt (7/4/09) - *I support this petition and have been a Coyotes season ticket holder since the team came from Winnipeg.*

**198.** Linda Kuakini (7/4/09) - *I support this petition. I have been a season ticket holder for several years and I definitely do not want to see the Coyotes leave Phoenix!!!*

**199.** jonathon michaels (7/4/09) - *Save our coyotes.*

**200.** Garry Nash (7/4/09) - *I support this petition.*

**201.** Deborah Court (7/4/09) - *I support this petition.*

**202.** Sean Ely (7/4/09) - *I support this petition.*

**203.** Tom Gibbs (7/4/09) - *I support this petition.*

**204.** Frank Schmitt (7/4/09) - *I support this petition.*

**205.** Kevin Copeland (7/4/09) - *I support this petition.*

**206.** Frank Romero (7/4/09) - *I support this petition.*

**207.** Robert Garner (7/4/09) - *I support this petition. Thank you for your time. Robert E. Garner Ocala, Fl*

**208.** Colin M. Grant (7/4/09) - *I support this petition. During the off season, I proudly wear my COYO‾‾‾* 08/04/2009

*all over western Canada - and would love to come back for the winter to watch this team!!!!!!*

**209.** Jaclyn Halliday (7/4/09) - *I support this petition.*

**210.** Amanda Kloster (7/4/09) - *I support this petition.*

**211.** Michelle Carpenter (7/4/09) - *I support this petition.*

**212.** Justin Goldman (7/4/09) - *I support this petition and look forward to developing new traditions and interactive experiences for hockey fans in the Valley of the Sun through The Coyotes Guild, which is an extension of The Hockey Guild.*

**213.** Nathan LAnglois (7/4/09) - *I support this petition.*

**214.** Dylan Marck (7/4/09) - *I support this petition.*

**215.** Sandie Carmody (7/4/09) - *I support this petition.*

**216.** Mike WIlson (7/4/09) - *I support this petition.*

**217.** Dawn Leeper (7/4/09) - *I support this petition.*

**218.** Gisela Schmitt (7/4/09) - *I support this petition.*

**219.** Russell Goldman (7/4/09) - *I support this petition. Please Keep the Coyotes in the Valley....Just move them to a BETTER LOCATION....THEY SHOULD HAVE NEVER MOVED TO THE FAR WEST VALLEY. Statistically, more people who attend the games are from the EAST Valley than the West. I am Shocked, as I was when they decided to go all the way over there, and still am that no one in the organization did research on this. Russell Goldman*

**220.** Stephen Austin (7/4/09) - *I support this petition.*

**221.** Kris Armendariz (7/4/09) - *I support this petition.*

**222.** richard turek (7/4/09) - *I support this petition.*

**223.** Dave Carl (7/4/09) - *I support this petition. Ticket holder with my wife and friends since day one and am looking forward to many more years of howling for the \"Yotes.\" Keep them here!!*

**224.** sergio valadez (7/4/09) - *I support this petition.*

**225.** Kay McDonald (7/4/09) - *I support this petition.*

**226.** mike cody (7/4/09) - *I support this petition.*

**227.** Amber Corless (7/4/09) - *I support this petition. Keep the Coyotes in Phoenix!!*

**228.** Peter McTague (7/4/09) - *I support this petition.*

**229.** Judy Gingerella (7/4/09) - *I support this petition.*

**230.** Alvin Shell (7/4/09) - *I support this petition.*

**231.** Sheri Kerr (7/4/09) - *I support this petition.*

**232.** Mark Wold (7/4/09) - *I support this petition.*

**233.** Jessica Martin (7/4/09) - *I support this petition and the Phoenix Coyotes.*

**234.** Dawn Coe (7/4/09) - *I support this petition. There is no need for another professional hockey team in Ontario. The NHL needs to continue to foster fans in \"non-traditional\" markets such as the Southwestern US.*

**235.** Scott Hanks (7/4/09) - *I support this petition.*

**236.** John Theisen (7/4/09) - *I support this petition.*

**237.** catherine flanagan (7/4/09) - *I support this petition.*

**238.** Stephanie Calvert (7/4/09) - *I support this petition.*

**239.** Elda Dudley (7/4/09) - *I support this petition.*

**240.** John Honea (7/5/09) - *I support the Phoenix Coyotes.*

**241.** Diane Brown (7/5/09) - *I support this petition and the Phoenix Coyotes!*

**242.** Brandee Bernard (7/5/09) - *I definately support this petition.*

**243.** Cathie Leahy (7/5/09) - *I support this petition.*

**244.** Brian Mann (7/5/09) - *4 year season ticket holder who would not know what to do with themselves during the months between September and April if the Coyotes left. I proudly support this petition.*

**245.** Sean Mourning (7/5/09) - *I support this petition.*

**246.** Larry Zub (7/5/09) - *I support this petition.*

**247.** Marlene Leatherwood (7/5/09) - *I\'m a relatively \"new\" hockey fan, and I absolutely love going to the games so I support this petition.*

**248.** Debra Hernandez (7/5/09) - *I support this petition.*

**249.** Matt Morgan (7/5/09) - *I support this petition.*

**250.** Debbie Murphy (7/5/09) - *I support this Petition.*

**251.** Catherine Topolsky (7/5/09) - *I support this petition.*

**252.** Eileen Gertz (7/5/09) - *I support this petition.*

**253.** Maryann Bailey (7/5/09) - *I support this petition.*

**254.** Fela Gallegos (7/5/09) - *Keep the coyotes here!*

**255.** Pamela Enick (7/5/09) - *I support this petition.*

**256.** Adam Shroyer (7/5/09) - *I support this petition. Go Coyotes! Game On Arizona!!!*

**257.** Nick Ray (7/5/09) - *I support this petition.*

**258.** Austin Ackerlund (7/5/09) - *I support this petition.*

**259.** Brian Anderson (7/5/09) - *I support this petition. Good luck Coyotes!*

**260.** Mark Sherman (7/5/09) - *I support this petition.*

**261.** David Horn (7/5/09) - *I support this petition.*

**262.** Lyndall Freeman (7/5/09) - *I support this petition.*

**263.** Diane Smith (7/5/09) - *I support this petition.*

**264.** Albert Walter (7/5/09) - *I support this petition.*

**265.** Sherry Monz (7/5/09) - *I support this petition.*

**266.** Keith Baldwin (7/5/09) - *I support this petition.*

**267.** C. Scott McElroy (7/5/09) - *I support this petition.*

**268.** Rhett Akers (7/5/09) - *I support this petition.*

**269.** David Dye (7/5/09) - *I support this petition.*

**270.** Mike Patrick (7/5/09) - *I support this petition.*

**271.** Dave Moore (7/5/09) - *I support this petition.*

**272.** Tinicia Creager (7/5/09) - *I support this petition.*

**273.** Cedric Hurth (7/5/09) - *I support this petition.*

**274.** David Sullivan (7/5/09) - *I support this petition.*

**275.** Jacob S. (7/5/09) - *I support this petition. I am a hockey fan from Minnesota, and granted, ice hockey in one of the hottest states seems awkward to me, I still believe that if the Investors want the \'yotes to stay, then they should stay, because anyone who loves ice hockey, will spread that love on, and that is what gives the phoenix area the potential to be a large hockey market in the southwest states of America.*

**276.** rosemarie cleland (7/5/09) - *I support this petition.*

**277.** Joe Ricciardi (7/5/09) - *I support this petition. We need to keep the Coyotes in Arizona!!*

**278.** Frankie Greco (7/5/09) - *I support this petition.*

**279.** Harriet Radinsky (7/5/09) - *I support this petition.*

**280.** Oliver Housman (7/5/09) - *I support this petition.*

281. Holly Kline (7/5/09) - *I support this petition.*

282. Gard Garland (7/5/09) - *I support this petition.*

283. Adam Lind (7/6/09) - *I support this Petition.*

284. Chris Howard (7/6/09) - *I support this petition.*

285. Ryan Bohlander (7/6/09) - *I support this petition.*

286. Lisa Patrick (7/6/09) - *I support this petition.*

287. Sabrina Woods (7/6/09) - *I support this petition wholeheartedly!!!*

288. John Mrowiec (7/6/09) - *I support this petition.*

289. Roger Lay (7/6/09) - *I strongly support this petition.*

290. GREY KIROFF (7/6/09) - *I support this petition.*

291. Kay Frownfelter (7/6/09) - *I support this Petition.*

292. Kyle Alford (7/6/09) - *I support this petition.*

293. Ellen DeLucia (7/6/09) - *I support this petition. Please help to keep the Coyotes in Arizona!*

294. sheilan maitz (7/6/09) - *I support this petition.*

295. Carl Putnam (7/6/09) - *I support this petition.*

296. R Rainsford (7/6/09) - *I support this petition.*

297. Andrew Clay (7/6/09) - *I support this petition.*

298. Sandy & Spencer Hazzard (7/6/09) - *Coyoyes belong in the desert.*

299. Rebecca Wininger (7/6/09) - *I support this petition.*

300. Greg Korpita (7/6/09) - *I support this petition.*

301. Amber Kloeppel (7/6/09) - *I support this petition.*

302. Justin Maloof (7/6/09) - *I support this petition.*

303. Tim Whittaker (7/6/09) - *I support this petition, and I support the Coyotes.*

304. Cathleen Green (7/6/09) - *I support this petition.*

305. Jo Namio (7/6/09) - *I support this petition.*

306. Chris Rigdon (7/6/09) - *I support this petition.*

307. Kristen Hall (7/6/09) - *I support this petition.*

**308.** Susan Gerkey (7/6/09) - *I support this petition.*

**309.** Laura Craft (7/6/09) - *I support this petition.*

**310.** Miranda Gruenberg (7/6/09) - *I support this petition.*

**311.** Theresa Webster (7/6/09) - *I support this petition.*

**312.** Janice Richard (7/6/09) - *I support this petition.*

**313.** David Coffman (7/6/09) - *I support this petition.*

**314.** Kevin Knutson (7/6/09) - *I support this petition.*

**315.** Jamie Quinn (7/6/09) - *I support this petition. Keep hockey in AZ! Go Coyotes (and Sundogs)!*

**316.** Andrew Crane (7/6/09) - *I support this Petition. Go Coyotes*

**317.** Joan Rog (7/6/09) - *I support this petition. As a season ticket holder for the Chicago Blackhawks and a member of the Blackhawk Standbys, I wholeheartedly support keeping the Coyotes in Phoenix. I have been a witness to several teams leaving NHL cities for other cities. The move is devastating to the fans. Do not move the Coyotes. Living in Chicago and seeing the good that Mr. Reinsdorf can do for a team and its fans, I urge you to support the writers of this letter. Thank you your Honor for taking the time to hear from a fan of not only professional hockey but one that supports the Coyotes.*

**318.** Christopher Ballard (7/6/09) - *I support this petition.*

**319.** ROSEMARIE SHEETZ SHEETZ (7/6/09) - *I support this petition.*

**320.** Chris O\'Donnell (7/6/09) - *I support this petition.*

**321.** Darren Pfister (7/6/09) - *I support this petition.*

**322.** Jason Tinsley (7/6/09) - *I support this petition. The Coyotes belong in Glendale!*

**323.** Kendrma Branham (7/6/09) - *I support this petition.*

**324.** Chris Alfonso (7/6/09) - *I support this petition.*

**325.** Joshua Taylor (7/6/09) - *I support this petition.*

**326.** Jack Cromwell (7/6/09) - *I support this petition. Keep the Yotes in AZ!*

**327.** Bea Wyatt (7/6/09) - *I support this petition.*

**328.** Leigh Collins (7/6/09) - *I support this petition.*

**329.** Boris Mesic (7/6/09) - *I support this petition.*

**330.** TIM SCHUBEL (7/6/09) - *I support this Petition.*

**331.** Nancy Grove (7/6/09) - *I support this petition.*

**332.** scott eaton (7/6/09) - *I support this petition.*

**333.** David Court (7/6/09) - *I support this petition.*

**334.** Franklin Pike (7/6/09) - *I support this petition.*

**335.** Ross Elliott (7/6/09) - *As someone who has been to many Coyotes games and has season tickets for the upcoming season, I support this petition.*

**336.** Nancy Kloster (7/6/09) - *I support this petition.*

**337.** Dan Mejak (7/6/09) - *I support this petition.*

**338.** Alex Hernandez (7/6/09) - *I support this petition. LET\'S KEEP THE NHL OPERATING ALIVE, AND VERY WELL (!), IN THE GRAND AND BEAUTIFUL STATE OF ARIZONA!!*

**339.** Peter Hunt (7/6/09) - *I support this petition.*

**340.** Brandy Flores (7/6/09) -

**341.** Liliana Aranda (7/6/09) - *I support this petition. I plan on attending more Coyotes games next season and want to support a team whose players respect the game and each other.*

**342.** Danny stevens (7/6/09) - *I support this petition.*

**343.** LOUIS PRINCIPATO (7/6/09) - *I support this petition.*

**344.** Nicole Olivier (7/6/09) - *I support this wholeheartedly petition. Please save our Phoenix Coyotes.*

**345.** Michelle Lazzell (7/6/09) - *I support this petition.*

**346.** Anthony Vassallo (7/6/09) - *I support this petition.*

**347.** Don Rivette (7/6/09) - *Litter Box Cats supports this movement.*

**348.** Glen Malunis (7/6/09) - *I support this petition. Please don\'t allow the Coyotes to leave!*

**349.** Patty Colen (7/6/09) - *I support this petition.*

**350.** Bree Boehlke (7/6/09) - *I support this petition. Please keep the Coyotes in Glendale/PHOENIX. Thank you!*

**351.** Rosemary Tobias (7/6/09) - *I support this petition.*

**352.** Tracy Pones (7/6/09) - *I support this petition.*

**353.** Christina Hernandez (7/6/09) - *I support this petition.*

**354.** Monica Dush (7/6/09) - *I support this Petition.*

**355.** Sandra Van Essendelft (7/6/09) - *I support this petition. Keep in Phoenix!*

**356.** Petr Seda (7/6/09) - *I support this petition.*

**357.** Alan Griff (7/6/09) - *I support this petition. The \'Yotes are an important and vital part of Phoenix and Arizona.*

**358.** Andrew Gaitan (7/6/09) - *I support this petition.*

**359.** Alma Arce (7/6/09) - *I support this petition.*

**360.** Ellen Wayne (7/6/09) - *I support this petition wholeheartedly!*

**361.** Andrew Williams (7/6/09) - *I support the coyotes and keeping them here in az*

**362.** Henry Falk (7/7/09) - *I support this petition.*

**363.** John Tutell (7/7/09) - *I support this petition.*

**364.** Darren Armijo (7/7/09) - *I support this petition.*

**365.** Randy Johnson (7/7/09) - *I support this petition.*

**366.** Frank Pones (7/7/09) - *I support this petition.*

**367.** April Harris (7/7/09) - *I support this petition.*

**368.** jonathann Launer (7/7/09) - *I support this petition.*

**369.** Kirk McClure (7/7/09) - *I support this petition.*

**370.** Amber rogers (7/7/09) - *I support this petition.*

**371.** Tanya Royer (7/7/09) - *I support this petition.*

**372.** Shaun Perfect (7/7/09) - *I support this petition.*

**373.** kevin whitaker (7/7/09) - *I support this petition.*

**374.** Andre Colantuono (7/7/09) - *I support this petition.*

**375.** Aimee Wayne (7/7/09) - *I support this petition.*

**376.** Jill Tinsley (7/7/09) - *I support this petition.*

**377.** Eric Trexler (7/7/09) - *The idea of having the team move away is ridiculous. Things are on the upswing here. Some poor management led to a bunch of losing seasons which led to profit loss. But there is a large hockey community here...lots of ice rinks, leagues, and plenty of support for this team. All we need is to get these legal battles out of the way, change the coach (no offense, Wayne) and start winning. Playoffs here we come!*

**378.** Machelle Cherry (7/7/09) - *I support this petition.*

**379.** Cindi Killian (7/7/09) - *I support this petition.*

**380.** rebecca farrah (7/7/09) - *I support this petition.*

**381.** Tony Fleischhacker (7/7/09) - *I support this Petition.*

**382.** Michael VanDermark (7/7/09) - *I support this petition.*

**383.** David Cosand (7/7/09) - *I support this petition!*

**384.** Steven Rose (7/7/09) - *I support this petition.*

**385.** Eric Dudley (7/7/09) - *Go Yotes!*

**386.** becky coates (7/7/09) - *I support this petition.*

**387.** Jess Chipley-Trudeau (7/7/09) - *I support this petition.*

**388.** Jason Haack (7/8/09) - *I support this petition.*

**389.** Mike Jones (7/8/09) - *I support this petition.*

**390.** Brent Rodgers (7/8/09) - *I support this petition.*

**391.** Janet Snow (7/8/09) - *I support this Petition.*

**392.** George Da Silva (7/8/09) - *I support this petition.*

**393.** Jennifer Schwartz (7/8/09) - *I support this petition.*

**394.** Chris Wetherson (7/8/09) - *I support this petition and I am a die-hard Washington Capitals Fan!*

**395.** Debbie Mrowiec (7/8/09) - *I support this Petition.*

**396.** Erik Rasmussen (7/8/09) - *I support this petition.*

**397.** Debbie Harrison (7/8/09) - *I support this petition.*

**398.** David Naughton (7/8/09) - *I support this petition.*

**399.** David Penilla (7/8/09) - *I support this petition.*

**400.** David Kotler (7/8/09) - *I support this petition.*

**401.** Jim Burgess (7/8/09) - *I support this petition.*

**402.** Megan425 (7/8/09) - *I support this petition.*

**403.** Stephanie Apke (7/8/09) - *I support this petition.*

**404.** Allan Kelley (7/8/09) - *I support this petition.*

**405.** Bill Schur (7/8/09) - *I support this petition. Keep the Coyotes in Arizona*

**406.** Michael Laky (7/8/09) - *I support this petition.*

**407.** Alyce Layden (7/8/09) - *I support this petition.*

**408.** Ole Lodberg (7/9/09) - *I support this petition.*

**409.** Ronald Zogut (7/9/09) - *I support this petition.*

**410.** james bons (7/9/09) - *I support this petition.*

**411.** Dennis Jeantet (7/9/09) - *I support this Petition.*

**412.** Jon Van de Water (7/9/09) - *I support this petition.*

**413.** Elspeth Killinger (7/9/09) - *I support this petition.*

**414.** Jake Laabs (7/9/09) - *I support this petition.*

**415.** Robert Floyd (7/9/09) - *I support this petition.*

**416.** Greg Brokaw (7/9/09) - *I support this Petition.*

**417.** Allan Bartlett (7/9/09) - *I support this petition.*

**418.** jerry andreason (7/9/09) - *I support this petition.*

**419.** Scott Gormley (7/9/09) - *I support this petition.*

**420.** Leslie Edwards (7/9/09) - *I support this petition.*

**421.** Patrick Murphy (7/9/09) - *I support this petition.*

**422.** Tracey Snodgrass (7/10/09) - *I support this petition.*

**423.** Haley Winter (7/10/09) - *I support this petition. And I am a huge Coyotes fan!*

**424.** Mike Knutson (7/10/09) - *I support this petition.*

**425.** Brian Dupre (7/10/09) - *I support this petition.*

**426.** Aubrey Jones (7/10/09) - *I support this petition.*

**427.** Robert Craig (7/11/09) - *I support this Petition.*

**428.** Jillian Tullo (7/11/09) - *I support this petition.*

**429.** Craig Freeman (7/11/09) - *I support this petition.*

**430.** Julie Graham (7/11/09) - *I know what it\'s like to fear losing your team, no fan of any team deserves to go through that. I support the Coyotes staying in Phoenix.*

**431.** katie miranda (7/11/09) - *I support this petition. go yotes!*

**432.** Catherine Smith (7/11/09) - *I support this petition.*

**433.** Alex Hernandez (7/11/09) - *I support this petition. Phoenix is a steady, CONTINUALLY growing and prosperous community, as mostly everyone knows...! The great State of Arizona DEMANDS to have* 08/04/2009

*affiliate in FULL operation mode for the many MORE generations of YOUTH (!) to come - NO question!!*

**434.** Corey Miller (7/11/09) - *I support this petition.*

**435.** Peter Wiggins (7/11/09) - *I support this petition.*

**436.** Terry Cortez (7/11/09) - *I support this petition, and want very much for our Coyotes to remain OUR Coyotes.*

**437.** \*\*\*\* PHOENIX (7/11/09) - *\*\*\*\* PHOENIX*

**438.** Paula Jones (7/11/09) - *I support this petition.*

**439.** Sue Perron (7/12/09) - *I support this petition. I\'m buying season tickets for the first time this year, even though I really can\'t afford them, but I believe in our Coyotes!*

**440.** Brian Carvalho (7/12/09) - *I support this petition.*

**441.** Lannea MacDonald (7/12/09) - *I support this petition.*

**442.** Matt Blake (7/12/09) - *I support this petition!*

**443.** Scott Schnee (7/12/09) - *I support this petition.*

**444.** Stephanie Simmons (7/12/09) - *I support this petition.*

**445.** Mark Zerilli (7/12/09) - *I support this petition.*

**446.** James Gordon Patterson (7/12/09) - *I support this petition.*

**447.** steve scott (7/12/09) - *I support this petition.*

**448.** Gregory Roell (7/12/09) - *I support this petition.*

**449.** Steve church (7/12/09) - *I support this petition.*

**450.** Jon Kinsington (7/12/09) - *I support this petition.*

**451.** darrel rubin (7/12/09) - *I support this petition.*

**452.** Ikshwaku Atodaria (7/12/09) - *I support this Petition.*

**453.** Brien Green (7/13/09) - *The Coyotes should remain in Phoenix!*

**454.** Jarrett Estes (7/13/09) - *I support this petition.*

**455.** mark schneider (7/13/09) - *I support this petition.*

**456.** Larry Feiner (7/13/09) - *I support this petition.*

**457.** paul fogge (7/13/09) - *I support this petition.*

**458.** Rick Voorhis (7/13/09) - *I support this Petition.*

**459.** MA Wright (7/13/09) - *I support this petition.*

**460.** Jim Smith (7/13/09) - *I support this Petition.*

**461.** Lisa Anne Mayfield (7/14/09) - *I support this Petition.*

**462.** Jeanne McCormick (7/14/09) - *I support this petition.*

**463.** Gordon Eikost (7/14/09) - *I support this petition.*

**464.** nick gaydos (7/14/09) - *I support this petition.*

**465.** Art Middleton (7/14/09) - *I support this petition.*

**466.** Duncan Carey (7/14/09) - *I support this petition.*

**467.** Matt Skulley (7/14/09) - *I support this petition.*

**468.** Stephanie Weaver (7/14/09) - *Keep them in Phx!*

**469.** Barrie Blum (7/14/09) - *I support this petition.*

**470.** Raymond Lee (7/14/09) - *I support this petition.*

**471.** Andy McKenna (7/14/09) - *I support this petition.*

**472.** Donald Rodie (7/14/09) - *I support this petition.*

**473.** Karen Doute (7/14/09) - *I support this petition.*

**474.** Shannon Fagan Elliott (7/14/09) - *I support this petition.*

**475.** Nicholas Lubich (7/14/09) - *I support this petition.*

**476.** Eric Mena (7/14/09) - *I support this petition.*

**477.** Charles Smith (7/14/09) - *I support this petition.*

**478.** Stacey Sanford (7/14/09) - *I support this petition.*

**479.** Darren Schwandt (7/14/09) - *I support this petition.*

**480.** Byron Bargas (7/14/09) - *I support this petition.*

**481.** Larry Steinberg (7/14/09) - *I support this petition and attend Coyote games*

**482.** Paul Gheduzzi (7/14/09) - *The Coyotes must stay where they belong and that is in Phoenix. We saw what excitement this team brought to the city when they arrived... the big crowds, the White Out tradition carried over from Winnipeg and the playoff atmosphere during the early days at the US Airways Center in downtown Phoenix. There was visible support for the Coyotes. While the on and off-ice struggles have not gone away during the six seasons this team failed to make the playoffs, it is time to make sure we prove the skeptics all wrong and prove that the Coyotes have great fans behind them to keep it in Phoenix long term. Get this petition more exposure including the local media. Get a ticket campaign started to meet a goa*

*2009-2010. Show the potential new investors the community is serious about not losing THIS team. The reward? Playoff hockey at Jobing.com Arena in the coming years.*

**483.** rick federico (7/14/09) - *I support this petition. emphatically!!*

**484.** Jeff Tangey (7/14/09) - *I support this petition. Keep the \'Yotes where they are!*

**485.** Jeremy Heilpern (7/14/09) - *I support this petition.*

**486.** Mega Gayeski (7/14/09) - *I support this petition.*

**487.** bob baker212 (7/14/09) - *I support this petition.*

**488.** Kyle King (7/14/09) - *I support this petition.*

**489.** Matt Federico (7/14/09) - *I support this petition. Keep the Yotes in Glendale!!*

**490.** John Peterson (7/14/09) - *I support this petition.*

**491.** Amanda DiPaolo (7/14/09) - *I support this petition.*

**492.** John DeFlurin (7/14/09) - *I support this petition.*

**493.** Kristin Leighninger (7/14/09) - *I support this petition.*

**494.** Dawn Bobee (7/14/09) - *I support this petition.*

**495.** Dennis Barisano (7/14/09) - *I support this petition.*

**496.** Kam Kalish (7/14/09) - *I support this petition. save the Coyotes*

**497.** Mike Royal (7/14/09) - *I support this petition.*

**498.** Joseph Houk (7/14/09) - *I support this petition.*

**499.** Marissa Hansen (7/14/09) - *I support this petition.*

**500.** Khris Taschereau (7/14/09) - *Keep \'em here!*

**501.** Johnathan R. Mrowiec (7/14/09) - *I support this Petition.*

**502.** Tony Pomposelli (7/14/09) - *I support this petition. Keep the Coyotes in Arizona!*

**503.** Doug Burger (7/14/09) - *I support this petition.*

**504.** Jennifer Weber (7/14/09) - *I support this petition. My 4 year old loves hockey. It\'s all about the kids and the next generation of hockey players/fans, right?*

**505.** Mack Williams (7/14/09) - *I support this petition. Being a Preds fan, the Yotes fans have my full support. We here in Nashville know what it\'s like to have your team on the verge of being ripped away from your city. Hockey can thrive in the desert as long as there is an owner who knows what is going on*

**506.** Todd Rohlfing (7/14/09) - *I support this petition.*