# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

Coyotes Hockey, LLC

Debtor )

CASE NO. 09-09491 _____

**BUSINESS AND INDUSTRY**
**MONTHLY OPERATING REPORT**

MONTH OF November 2009 _____

DATE PETITION FILED: _____

TAX PAYER ID NO. : 86-0989289 _____

Nature of Debtor's Business: _____ Coyotes Hockey, LLC

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Michael J. Nealy
PRINTED NAME OF RESPONSIBLE PARTY

Exec. VP and CFO
TITLE

12/15/2009
DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER

Joe Leibfried
PRINTED NAME OF PREPARER

VP and Controller
TITLE

12/15/2009
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Mike Nealy _____

PHONE NUMBER: 623-772-3282 _____

ADDRESS: 6751 N Sunset Bld. Suite 200
Glendale, AZ 85306

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CURRENT MONTH"S
# RECEIPTS AND DISBURSEMENTS

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| | | Operating | Payroll | Tax | Total |
| | | # 4496846924 | # | # | |
| Balance at Beginning of Period | | 16,020,402 | -13,289,458 | -325,576 | 2,405,368 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | 249,161 | | | 249,161 |
| Accounts Receivable - Prepetition | | 4,425 | | | 4,425 |
| Accounts Receivable - Postpetition | | 55,000 | | | 55,000 |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | 308,586 | | | 308,586 |

| DISBURSEMENTS | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | | 740,164 | | | 740,164 |
| Capitol Improvements | | | | | |
| re-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other - to Arena Newco | | 1,973,790 | | | 1,973,790 |
| | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | | 2,713,954 | | | 2,713,954 |

| Balance at End of Month | | 13,615,034 | -13,289,458 | -325,576 | |
|---|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 2,713,954 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 2,713,954 |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | See Excel Spreadsheet | "Coyotes P&L 11.30.09" | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |
| **COST OF GOODS SOLD** | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| **GROSS PROFIT** | | | |
| **OPERATING EXPENSES** | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |
| Income Before Non-operating Income and Expense | | | |
| **OTHER INCOME & EXPENSE** | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| Income Before Reorganization Expense | | | |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| Income Tax | | | |
| **NET PROFIT OR (LOSS)** | | | |

Case Number: 09-09491

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | See Excel Spreadsheet "Coyotes P&L 11.30.09" | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |
| | | | |
| COST OF GOODS SOLD | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| | | | |
| GROSS PROFIT | | | |
| | | | |
| OPERATING EXPENSES | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |
| | | | |
| Income Before Non-operating Income and Expense | | | |
| | | | |
| OTHER INCOME & EXPENSE | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| | | | |
| Income Before Reorganization Expense | | | |
| | | | |
| REORGANIZATION EXPENSES | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| | | | |
| Income Tax | | | |
| | | | |
| NET PROFIT OR (LOSS) | | | |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | See Excel Spreadsheet "Coyotes Bal. Sheet 11.30.09" | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| ıxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Case Number: 09-09491

# STATUS OF ASSETS

formation provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | $0 | $0 | $0 | $    - |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | $0 | $0 | $0 | $0 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | N/A |
| Plus: Amount Loaned Since Filing Date | N/A |
| Less: Amount Collected Since Filing Date | N/A |
| Less: Amount Considered Uncollectible | N/A |
| Net Due From Insiders | N/A |

| INVENTORY | |
|---|---|
| Beginning Inventory | N/A |
| Plus:  Purchases | N/A |
| Less:  Cost of Goods Sold | N/A |
| Ending Inventory | N/A |

Date Last Inventory was taken: N/A

| ED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT  AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings/Capital Lease | $0 | $0 | $0 | $0 |
| Accumulated Depreciation | $0 | $0 | $0 | $0 |
| Net Buildings | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 |
| Accumulated Depreciation | $0 | $0 | $0 | $0 |
| Net Equipment | $0 | $0 | $0 | $0 |
| Autos/Vehicles | $0 | $0 | $0 | $0 |
| Accumulated Depreciation | $0 | $0 | $0 | $0 |
| Net Autos/Vehicles | $0 | $0 | $0 | $0 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

Assets sold on November 2, 2009.

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | 0 | 0 | 0 | 0 | 0 |
| Other (attach list) | 0 | 0 | 0 | | |
| | | | | | |
| Total Post-Petition Liabilities | 0 | 0 | 0 | 0 | 0 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | x |
| Are any wages past due? |  | x |
| Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____

_____

_____

Current number of employees: _____5_____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| See Excel Spreadsheet "Summary of CH 08.09 Insurance Policy" |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Pending hearings and litigation _____

_____

_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

Pending hearings and litigation _____

_____

_____

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | x . |
| Are any wages past due? |  | x |
| Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees: _____5_____

## INSURANCE

| тier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| See Excel Spreadsheet "Summary of CH 08.09 Insurance Policy" |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Pending hearings and litigation

**Identify any matters that are delaying the filing of a plan of reorganization:**

Pending hearings and litigation

# DISBURSEMENT DETAIL

Month: November-09
Account # 4496-846924

Bank Name Wells Fargo

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | See Excel Spreadsheet "Coyotes Wires & Debits 11.30.09" | | $ 329,873 |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | $ 329,873 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | See Excel Spreadsheet "Coyotes Checks Issued November '09" | | 410,291 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | 410,291 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | $ | 740,164 |

## Coyotes Hockey, LLC
### dba Phoenix Coyotes Hockey Club
### Summary Income Statement
### For the Five Months Ending November 30, 2009

|  |  | Month |  | YTD |
|---|---|---:|---|---:|
| **REVENUES** |  |  |  |  |
| Ticket Revenues |  |  | $ | 1,528,370 |
| Concessions and Merchandise | $ | 21,754 | $ | 193,732 |
| Box Office Revenues | $ | 4,662 | $ | 69,525 |
| Suite/Premium Revenues | $ | ( 183,872 ) | $ | 987,799 |
| Corporate/Naming Rights Revenues | $ | 4,526 | $ | 1,159,816 |
| Broadcast Revenues |  |  | $ | 500,000 |
| NHL Revenues- Broadcast & Enterprises |  |  | $ | 1,512,127 |
| NHL Revenue Sharing |  |  | $ | 1,930,507 |
| Hockey Operation Revenues |  |  | $ | 444,942 |
| Interest Income |  |  | $ | 22 |
| Other Revenues | $ | 3,639 | $ | 20,266 |
| Ticket Taxes |  |  | $ | ( 162,512 ) |
| **TOTAL REVENUES** | $ | ( 149,291 ) | $ | 8,184,594 |
|  |  |  |  |  |
| **EXPENSES** |  |  |  |  |
| Hockey |  |  |  |  |
| Hockey Operations | $ | 445,226 |  | 10,667,943 |
| Scouting Operations | $ | 2,959 |  | 367,253 |
| Farm Team Operations | $ | 505 |  | 817,622 |
| Media Relations | $ | 260 | $ | 143,214 |
| **Total Hockey Expenses** | $ | 448,950 | $ | 11,996,032 |
|  |  |  |  |  |
| Business |  |  |  |  |
| Finance and Administration | $ | 72,553 |  | 777,519 |
| Ticket Sales Department | $ | 8,390 |  | 432,196 |
| Box Office Expenses | $ | 5,320 |  | 209,247 |
| Fan Development | $ | 62 |  | 28,957 |
| Advertising and Promotion | $ | 10,857 |  | 511,421 |
| Game Operations | $ | 540 |  | 107,382 |
| Suite Sales Department | $ | 453 |  | 117,744 |
| Corporate Sales Department | $ | 5,522 |  | 214,462 |
| Community Relations | $ | 91 |  | 35,335 |
| Arena Operations | $ | 43,861 |  | 1,573,375 |
| Broadcast Department | $ | 1,269 |  | 214,059 |
| Business Operations | $ | 698 |  | 169,343 |
| **Total Business Expenses** | $ | 149,616 | $ | 4,391,040 |
|  |  |  |  |  |
| Other |  |  |  |  |
| Ownership Expenses | $ | ( 19,989 ) |  | 506,908 |
| League Expenses | $ | ( 13,531 ) |  | 1,483,213 |
| Other Management Expense | $ | 63,366 |  | 63,366 |
| Jobing.com Arena Other Expenses | $ | - | $ | 13,368 |
| **Total Other** | $ | 29,846 | $ | 2,066,855 |
|  |  |  |  |  |
| **Total Expenses** | $ | 628,412 | $ | 18,453,927 |
|  |  |  |  |  |
| **OPERATING PROFIT/(LOSS)** | $ | ( 777,703 ) | $ | ( 10,269,333 ) |
|  |  |  |  |  |
| Interest Expense | $ | - | $ | 2,930,381 |
| Capital Expenditures | $ | - | $ | 51,811 |
| Depreciation & Amortization | $ | - | $ | 3,419,259 |
|  |  |  |  |  |
| **NET OPERATING PROFIT/(LOSS)** | $ | ( 777,703 ) | $ | ( 16,670,784 ) |

Coyotes Hockey, LLC
Balance Sheet

| Assets | November 30, 2009 | October 31, 2009 |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | $ - | $ 2,405,367 |
| Accounts receivable | $ - | $ 3,747,256 |
| Other Receivables | $ - | $ 3,855,100 |
| Prepaid Expenses | $ - | $ 352,451 |
| Total current assets | $ - | $ 10,360,174 |
| | | |
| Prepaid Signing Bonuses | $ - | $ 2,524,167 |
| NHL Franchise, net | $ - | $ 54,499,562 |
| Property, Plant & Equipment, net | $ - | $ 6,207,068 |
| Restricted Deposits | $ - | $ 10,162,611 |
| Other Assets | $ - | $ 2,313,808 |
| Total assets | $ - | $ 86,067,390 |
| | | |
| **Liabilities and Members' Equity** | | |
| Current Liabilities - Post Petition | | |
| Debt Obligations | $ - | $ 20,700,000 |
| Restricted Cash | $ - | $ 10,012,611 |
| Accounts payable and accrued expenses | $ - | $ 3,733,868 |
| Accrued Interest | $ - | $ 454,256 |
| Deferred compensation | $ - | $ - |
| Deferred revenue | $ - | $ 7,916,731 |
| Total current liabilities Post Petition | $ - | $ 42,817,466 |
| | | |
| LT Liabilites - Post Petition | | |
| Deferred rent | $ - | $ 14,212 |
| Total liabilities Post Petition | $ - | $ 42,831,678 |
| | | |
| Current Liabilities - Pre-Petition | | |
| Debt Obligations | $ - | $ 88,300,000 |
| Accounts payable and accrued expenses | $ - | $ 8,395,584 |
| Accrued Interest | $ - | $ 17,293,032 |
| Deferred compensation | $ - | $ 6,898,110 |
| Deferred revenue | $ - | $ 5,012,878 |
| Total current liabilities Pre-Petition | $ - | $ 125,899,604 |
| | | |
| LT Liabilites - Pre-Petition | | |
| Debt Obligations | $ - | $ 91,901,254 |
| Deferred compensation | $ - | $ 6,675,201 |
| Deferred rent | $ - | $ 5,500,592 |
| Total liabilities Pre-Petition | $ - | $ 229,976,651 |
| | | |
| Members deficit | | |
| Class A members' capital | $ - | $ (186,740,939) |
| Total members deficit | $ - | $ (186,740,939) |
| Total liabilities and members deficit | $ - | $ 86,067,390 |

**Coyotes Hockey, LLC**
**Daily Miscellaneous Disbursements - Automatically Debited from Bank Account/Wires**
**For the month of NOV 2009**

| Date | Description | Purpose | Total | Payroll | Taxes | Bus Ops | Transfers to DIP Accts |
|---|---|---|---|---|---|---|---|
| 11/01/09 | City of Glendale | Nov 2009 Rent | $ 43,861.12 | | | $ 43,861.12 | |
| 11/01/09 | Paradigm Air Carrier | charter Contractual Payment | $ 283,333.33 | | | $ 283,333.33 | |
| 11/02/09 | San Antonio | per diem | $ 284.00 | | | $ 284.00 | |
| 11/02/09 | Paymentech | Credit Card Processing Fees for Tkt Sales | $ 394.66 | | | $ 394.66 | |
| 11/01/09 | Neopost | replenish Postage machine | $ 2,000.00 | | | $ 2,000.00 | |
| | | | $ - | | | | |
| | **Total** | | $ 329,873.11 | $ - | $ - | $ 329,873.11 | $ - |

Page 1

Coyotes Hockey, LLC
Checks Issued for the month of NOV 2009

| CK # | Date | Payee | Amount | Description |
|------|------|-------|--------|-------------|
| 035670 | 11/02/09 | Francis Lessard - zero ck | | |
| 035671 | 11/02/09 | Bauer Hockey, Inc. | 520.00 | hockey equipment |
| 035672 | 11/02/09 | Aramark at Jobing.Com Arena | 956.94 | Media Meals/Toyota Club/Comerica Club |
| 035673 | 11/02/09 | Aramark Corporation | 7,294.59 | Media Meals/Toyota Club/Comerica Club |
| 035674 | 11/02/09 | Bobcat Athletics | 415.77 | hockey equipment |
| 035675 | 11/02/09 | Combat Sports VOID | | |
| 035676 | 11/02/09 | Entertainment Ctr Development | 21,148.90 | Nov 2009 CAM charges |
| 035677 | 11/02/09 | Hale Consulting, Ltd. | 81.00 | computer consulting services |
| 035678 | 11/02/09 | National Hockey League (FUA) | 7,772.01 | Player deducted Fine |
| 035679 | 11/02/09 | PromoTown, Inc. | 35,683.79 | Sponsor promotional Item |
| 035680 | 11/02/09 | Scarborough Research | 7,750.00 | Marketing services |
| 035681 | 11/02/09 | Sher-Wood Hockey | 3,763.08 | hockey equipment |
| 035682 | 11/02/09 | Combat Sports - zero ck | - | |
| 035683 | 11/02/09 | Combat Sports | 1,359.80 | hockey equipment |
| 035684 | 11/02/09 | Easton Sports Inc. | 9,360.00 | hockey equipment |
| 035685 | 11/02/09 | KNXV-TV | 10,139.95 | CH advertising |
| 035686 | 11/02/09 | Office Equipment Finance Svcs | 17,019.80 | Equipment Lease |
| 035687 | 11/02/09 | Jennifer Hansen | 123.30 | employee expenses |
| 035688 | 11/02/09 | Jim Gibson | 4,250.00 | contracted services |
| 035689 | 11/02/09 | Bauer Hockey, Inc. - zero ck | - | |
| 035690 | 11/02/09 | Bauer Hockey, Inc. - zero ck | - | |
| 035691 | 11/02/09 | Medco Supply Company - zero ck | - | |
| 035692 | 11/02/09 | Medco Supply Company - zero ck | - | |
| 035693 | 11/02/09 | KAZT Television - zero ck | - | |
| 035694 | 11/02/09 | KNXV-TV - zero ck | - | |
| 035695 | 11/02/09 | KPNX-TV - zero ck | - | |
| 035696 | 11/02/09 | KTVK TV3 - zero ck | - | |
| 035697 | 11/02/09 | School Health Corporation - zero ck | - | |
| 035698 | 11/02/09 | Aramark at Jobing.Com Arena | 2,188.60 | Media Meals/Toyota Club/Comerica Club |
| 035699 | 11/02/09 | Artcraft Embroidery | 34.60 | nameplates |
| 035700 | 11/02/09 | AT&T Mobility | 17,962.17 | utilities |
| 035701 | 11/02/09 | AT&T TeleConference Services | 42.70 | utilities |
| 035702 | 11/02/09 | Ballard Spahr LLP | 21.95 | I-9 template overlays |
| 035703 | 11/02/09 | Ryan Bates | 211.23 | employee expenses |
| 035704 | 11/02/09 | Bauer Hockey, Inc. | 110.14 | hockey equipment |
| 035705 | 11/02/09 | Benson Security Systems Inc. | 6,750.00 | annual security fee |
| 035706 | 11/02/09 | Big Time Jerseys, LLC | 184.12 | Fan development |
| 035707 | 11/02/09 | Blue Media | 243.23 | sponsor signage |
| 035708 | 11/02/09 | Craig Boston | 351.87 | employee expenses |
| 035709 | 11/02/09 | Brody Chemical | 372.98 | dressing room supplies |
| 035710 | 11/02/09 | CBS Outdoor | 1,507.50 | CH advertising |
| 035711 | 11/02/09 | Combat Sports | 1,460.00 | hockey equipment |
| 035712 | 11/02/09 | Cox Communications | 11,627.61 | utilities |
| 035713 | 11/02/09 | Easton Sports Inc. | 106.41 | hockey equipment |
| 035714 | 11/02/09 | Exact Target | 12,600.00 | e-mail service agreement |
| 035715 | 11/02/09 | Exhibit Experts | 409.04 | ticket sales printing |
| 035716 | 11/02/09 | Graf Canada Ltd. | 100.77 | hockey equipment |
| 035717 | 11/02/09 | Hanger P&O West | 60.00 | hockey equipment |
| 035718 | 11/02/09 | Heritage Graphics Inc. | 7,925.39 | printing expenses |
| 035719 | 11/02/09 | H J Trophies & Awards, Inc. | 776.35 | Ticket sales seat backs |
| 035720 | 11/02/09 | Lease Group Resources Inc. | 15,928.75 | Equipment Lease |
| 035721 | 11/02/09 | MC Hockey Skills LLC | 1,327.50 | contracted skating coach |
| 035722 | 11/02/09 | Medical Express, Inc. | 534.40 | medical supplies |
| 035723 | 11/02/09 | Neopost Leasing | 2,098.40 | postage machine lease |
| 035724 | 11/02/09 | NHL Club Supple. Retirement | 1,308.35 | pension contribution |
| 035725 | 11/02/09 | NHL Pension Plan for Canadian | 1,185.00 | pension contribution |

Coyotes Hockey, LLC
Checks Issued for the month of NOV 2009

| CK # | Date | Payee | Amount | Description |
|------|------|-------|--------|-------------|
| 035726 | 11/02/09 | NHL Pension Plan for Players | 106,500.00 | pension contribution |
| 035727 | 11/02/09 | NHL Pension Plan for U.S. | 5,075.04 | pension contribution |
| 035728 | 11/02/09 | NHL Pension Society | 34,445.00 | pension contribution |
| 035729 | 11/02/09 | Office Equipment Finance Svcs | 2,953.08 | Equipment Lease |
| 035730 | 11/02/09 | Phoenix New Times, LLC | 2,239.40 | CH advertising |
| 035731 | 11/02/09 | PromoTown, Inc. | 8,081.50 | Opening night promos |
| 035732 | 11/02/09 | Qwest | 85.29 | utilities |
| 035733 | 11/02/09 | Regis Marketing Group | 4,885.25 | Opening night promos |
| 035734 | 11/02/09 | Rachel Regnier | 61.98 | employee expenses |
| 035735 | 11/02/09 | Scottsdale Office | 249.00 | medical supplies |
| 035736 | 11/02/09 | Sharp Electronics Corp. | 1,674.14 | Copier maintenance |
| 035737 | 11/02/09 | Sher-Wood Hockey | 110.15 | hockey equipment |
| 035738 | 11/02/09 | Shred-It | 65.00 | Office supplies |
| 035739 | 11/02/09 | Sir Speedy | 1,005.56 | printing expenses |
| 035740 | 11/02/09 | Southern Sports Supply Corp | 857.41 | hockey equipment |
| 035741 | 11/02/09 | Special-T-Tracks VOID | | |
| 035742 | 11/02/09 | Sportpharm Pharmaceuticals Inc | 1,023.00 | medical supplies |
| 035743 | 11/02/09 | Sprint | 115.03 | utilities |
| 035744 | 11/02/09 | Target List Marketing | 4,150.00 | Ticket sales listing |
| 035745 | 11/02/09 | TRI-C Club Supply, Inc. | 527.63 | medical supplies |
| 035746 | 11/02/09 | Unum Life Insurance | 2,272.21 | employee benefits |
| 035747 | 11/02/09 | Vaughn Custom Sports Inc. | 10,030.00 | hockey equipment |
| 035748 | 11/02/09 | Raul A. Velez | 345.00 | employee expenses |
| 035749 | 11/02/09 | Dr. H.P. von Schroeder, MD | 1,071.07 | medical supplies |
| 035750 | 11/02/09 | Warrior Sports | 480.00 | hockey equipment |
| 035751 | 11/02/09 | Weldon, Williams & Lick, Inc. | 5,945.85 | medical supplies |
| 035752 | 11/02/09 | Federal Express | 15.80 | courier |
| 035753 | 11/02/09 | Special T's | 960.00 | Fan development |

410,291.38

Coyotes Hockey, LLC
Checks Issued for the month of NOV 2009

| CK # | Date | Payee | Amount | Description |
|------|------|-------|--------|-------------|
| 035726 | 11/02/09 | NHL Pension Plan for Players | 106,500.00 | pension contribution |
| 035727 | 11/02/09 | NHL Pension Plan for U.S. | 5,075.04 | pension contribution |
| 035728 | 11/02/09 | NHL Pension Society | 34,445.00 | pension contribution |
| 035729 | 11/02/09 | Office Equipment Finance Svcs | 2,953.08 | Equipment Lease |
| 035730 | 11/02/09 | Phoenix New Times, LLC | 2,239.40 | CH advertising |
| 035731 | 11/02/09 | PromoTown, Inc. | 8,081.50 | Opening night promos |
| 035732 | 11/02/09 | Qwest | 85.29 | utilities |
| 035733 | 11/02/09 | Regis Marketing Group | 4,885.25 | Opening night promos |
| 035734 | 11/02/09 | Rachel Regnier | 61.98 | employee expenses |
| 035735 | 11/02/09 | Scottsdale Office | 249.00 | medical supplies |
| 035736 | 11/02/09 | Sharp Electronics Corp. | 1,674.14 | Copier maintenance |
| 035737 | 11/02/09 | Sher-Wood Hockey | 110.15 | hockey equipment |
| 035738 | 11/02/09 | Shred-It | 65.00 | Office supplies |
| 035739 | 11/02/09 | Sir Speedy | 1,005.56 | printing expenses |
| 035740 | 11/02/09 | Southern Sports Supply Corp | 857.41 | hockey equipment |
| 035741 | 11/02/09 | Special-T-Tracks VOID | | |
| 035742 | 11/02/09 | Sportpharm Pharmaceuticals Inc | 1,023.00 | medical supplies |
| 035743 | 11/02/09 | Sprint | 115.03 | utilities |
| 035744 | 11/02/09 | Target List Marketing | 4,150.00 | Ticket sales listing |
| 035745 | 11/02/09 | TRI-C Club Supply, Inc. | 527.63 | medical supplies |
| 035746 | 11/02/09 | Unum Life Insurance | 2,272.21 | employee benefits |
| 035747 | 11/02/09 | Vaughn Custom Sports Inc. | 10,030.00 | hockey equipment |
| 035748 | 11/02/09 | Raul A. Velez | 345.00 | employee expenses |
| 035749 | 11/02/09 | Dr. H.P. von Schroeder, MD | 1,071.07 | medical supplies |
| 035750 | 11/02/09 | Warrior Sports | 480.00 | hockey equipment |
| 035751 | 11/02/09 | Weldon, Williams & Lick, Inc. | 5,945.85 | medical supplies |
| 035752 | 11/02/09 | Federal Express | 15.80 | courier |
| 035753 | 11/02/09 | Special T's | 960.00 | Fan development |

410,291.38

PHOENIX COYOTES
INSURANCE SUMMARY
As of November 2009

| Broker | Policy # | Description | Dates Covered | Amounts |
|---|---|---|---|---|
| BWD | Chubb/Federal Insurance Company (Policy #79685072 LIO) | Commerical Umbrella Excess | 1/1/09 - 1/1/10 | $ 61,330.00 |
| BWD | Chubb/Federal Insurance Company (Policy #81706039) | Employment Practices/Crime (ERK) | 1/1/09 - 1/1/11 | $ 22,200.00 |
| BWD | Chubb/Federal Insurance Company (Policy #71637283) | Worker's Compensation | 1/1/09 - 1/1/10 | $ 337,685.00 |
| BWD | Vigilant Insurance Company (Policy #73234715) | Commercial General Liability | 1/1/09 - 1/1/10 | $ 100,000.00 |
| BWD | Metropolitan Life Insurance Company | TTD | 10/01/09 - 9/30/10 | $ 806,262.00 |
| Mahoney | Travelers Insurance (Policy # KTK-CMB-8819C56-7-09) | Property | 1/1/09 - 1/1/10 | $ 10,868.00 |
| | | | Total | $ 1,338,345.00 |